UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MARIO TADEO, a/k/a Gordo, and JULIO CESAR CORDOVA-GALINDO, | ) Cause No. 1:19-cr-0018-JPH-TAB-09 ) ) -10 ) |
| Defendants. | ) ) |

## MOTION TO DISMISS

The United States of America, by counsel, John E. Childress, Acting United States Attorney for the Southern District of Indiana, and Bradley A. Blackington, Assistant United States Attorney, now moves to dismiss the Indictment and Superseding Indictment against the above-captioned defendants. The defendants have been fugitives for more than two years and the government does not have any information about their current whereabouts.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By:   s/Bradley A. Blackington
Bradley A. Blackington
Assistant United States Attorney