UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>MARIO TADEO, )<br>    a/k/a Gordo, and )<br>JULIO CESAR CORDOVA-GALINDO, )<br>    )<br>    Defendants. ) | Cause No. 1:19-cr-0018-JPH-TAB-09<br><br><br><br>-10 |

**<u>ORDER</u>**

This matter comes before the Court on the Government's Motion, and requests for an order dismissing the Indictment and Superseding Indictment as to the above-captioned defendants. Upon consideration of the same, the Court grants the Government's Motion.

IT IS THEREFORE ORDERED that the Indictment and Superseding Indictment are dismissed without prejudice as to defendants Mario Tadeo and Julio Cesar Cordova-Galindo.

So ORDERED this _____ day of February, 2021.

_____
JAMES PATRICK HANLON, Judge
United States District Court
Southern District of Indiana

United States Probation Office

United States Marshals Service